
**FILED**

01/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0216

# IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0216

**FILED**

JAN 2 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO
THE SUPREME COURT COMMISSION ON
TECHNOLOGY

O R D E R

---

Christine Mandiloff has resigned as the State Law Librarian, and Representative Kenneth Holmlund is no longer a member of the Montana Legislature. The Court thanks Ms. Mandiloff and Representative Holmlund for their service to the Commission on Technology, to this Court, and to the people of Montana.

IT IS ORDERED that Franklin Runge is hereby appointed to the Commission as the State Law Librarian member for a term expiring on December 31, 2025.

IT IS FURTHER ORDERED that Representative Fiona Nave is hereby appointed to the Commission as the Legislature member for a term expiring October 31, 2024.

The Clerk is directed to provide copies of this Order to Christine Mandiloff, Franklin Runge, Representative Kenneth Holmlund, Representative Fiona Nave, each member of the Commission on Technology, and to the State Bar of Montana.

DATED this 24ᵗʰ day of January, 2023.

Chief Justice

_____

_____

_____
Justices